IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYMAIL, LTD., § § Plaintiff, § § V. § § PANASONIC CORPORATION AND § PANASONIC CORPORATION OF NORTH § AMERICA, § § Defendants. § | No. 2:17-CV-00606-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the parties' Stipulated Motion for Dismissal With Prejudice [Dkt. # 17], the Court **GRANTS** the motion. The Court therefore **DISMISSES** all claims asserted in this suit between Plaintiff MyMail, Ltd. and Defendants Panasonic Corporation and Panasonic Corporation of North America **WITH PREJUDICE**, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated February 1, 2018. All attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of February, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE